U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 5 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

GERALD MCDOWELL (#601992),          CIVIL ACTION NO. 1:17-CV-0352-P
Plaintiff

VERSUS                              JUDGE JAMES T. TRIMBLE, JR.

DR. CASEY MCVEA, ET AL.,            MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 5th day of July, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE